# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD D. JENNINGS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PAUL M. SHULTZ, et. al.,<br><br>　　　　Respondents. | CV F   05-0549 OWW DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DENYING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE CIVIL RIGHTS ACTION<br><br>[Docs. 7, 8] |

　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　On June 10, 2005, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections. In fact, on June 28, 2005, Petitioner filed a motion to dismiss the instant petition, without prejudice, and request for an extension of time to file a civil rights action.

　　　Petitioner's request to dismiss the action is unnecessary as the Findings and Recommendations recommend dismissal of the petition, without prejudice. Petitioner's request for an extension of time is also unnecessary and improper as the Court cannot grant Petitioner an extension of time to file a new civil rights action. There is no time limit as to when Petitioner must file his action, however, Petitioner should bear in mind any applicable statute of limitations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 10, 2005, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED;
3. The Clerk of the Court is DIRECTED to close this action and enter judgment. This terminates this action in its entirety; and
4. All pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **July 12, 2005**                              **/s/ Oliver W. Wanger**
emm0d6                                                  UNITED STATES DISTRICT JUDGE

2